Argued and submitted July 9, appeal dismissed as moot August 20, 1997

STATE ex rel Wayne BANTA,
*Appellant,*

*v.*

MULTNOMAH COUNTY SHERIFF'S OFFICE,
*Respondent.*

(9512-09414; CA A91996)

944 P2d 971

Jeffrey F. Renshaw argued the cause for appellant. With him on the opening brief were Carson D. Bowler, McKeown & Brindle, P.C. and Gevurtz, Menashe, Larson, Yates & Howe, P.C.

Susan M. Dunaway argued the cause for respondent. On the brief were Sandra N. Duffy and Jacqueline Weber.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

## PER CURIAM

In this mandamus proceeding, plaintiff seeks to require the Mulntomah County Sheriff to afford him good time credit under ORS 169.110.

At oral argument, the court was advised that plaintiff had been released from custody. Accordingly, the appeal is moot.

Appeal dismissed as moot.